UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | 08-CV-397 (DMC) (JAD) |
| IN RE MERCK & CO., INC., VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD) |
| IN RE SCHERING-PLOUGH CORP. ENHANCE ERISA LITIGATION | 08-CV-1432 (DMC) (JAD) |
| IN RE MERCK & CO., INC. VYTORIN ERISA LITIGATION | 08-CV-1974 (DMC) (JAD) |
| CAIN V. HASSAN, *et al.* | 08-CV-1022 (DMC) (JAD) |
| LOCAL NO. 38 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS PENSION FUND v. CLARK, *et al.* | 09-CV-5668 (DMC) (JAD) |

**FIFTH STIPULATED AMENDMENT
TO PRETRIAL SCHEDULING ORDER**

**WHEREAS**, on December 22, 2009, the Court entered a Pretrial Scheduling Order setting dates for discovery, motion practice, and delivery of expert reports in the above-captioned actions; and

**WHEREAS**, on November 2, 2010, the Court entered a Stipulated Amendment to Pretrial Scheduling Order; and

**WHEREAS**, on January 4, 2011, the Court entered the Third Stipulated Amendment to Pretrial Scheduling Order; and

WHEREAS, on February 1, 2011, the Court entered the Fourth Stipulated Amendment to Pretrial Scheduling Order; and

WHEREAS, the parties have mutually agreed to extend the time periods provided in paragraphs 1 and 2 of the Fourth Stipulated Amendment to Pretrial Scheduling Order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among counsel for the undersigned parties, that:

1. The parties may have until June 3, 2011 to file any motion to amend the pleadings.

2. The parties may have until June 3, 2011 to serve upon the other side the maximum of twelve additional interrogatories previously allowed in paragraph 1 of the Stipulated Amendment to Pretrial Scheduling Order.[1] Nothing herein shall be construed to prohibit a party from requesting consent or leave of court to serve additional interrogatories in excess of that amount within the period for fact discovery.

3. The parties may have until July 17, 2011 to respond to any interrogatories served under paragraph 2 of this Fifth Stipulated Amendment to the Pretrial Scheduling Order.

4. All other dates and provisions of the Pretrial Scheduling Order shall remain in effect.

5. This Order may be amended by further stipulation of the parties and Order of the Court.

| CARELLA, BYRNE, BAIN, GILFILLAN, | TOMPKINS MCGUIRE, WACHENFELD |
|---|---|

---

[1] As per December 22, 2009 Pretrial Scheduling Order and the Third Stipulated Amendment thereto filed January 3, 2011, plaintiffs in the above-captioned action 08-CV-1432 may serve fifteen additional interrogatories.

| | |
|---|---|
| CECCHI, STEWART & OLSTEIN<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br>jcecchi@carellabyrne.com<br>ltaylor@carellabyrne.com<br>*Liaison Counsel for Lead Plaintiffs (08-397, 08-2177)*<br><br>_____<br>James E. Cecchi | & BARRY, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-3300<br>wmcguire@tompkinsmcguire.com<br>*Attorneys for Merck and Schering-Plough*<br><br>_____<br>William B. McGuire |
| SEEGER WEISS LLP<br>550 Broad Street<br>Newark, NJ 07102<br>(973) 639-9100<br>cseeger@seegerweiss.com<br>sweiss@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>*Co-Liaison Counsel for Lead Plaintiffs (08-397, 08-2177)*<br><br>_____<br>Christopher A. Seeger | LOWENSTEIN SANDLER PC<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>deakeley@lowenstein.com<br>grooney@lowenstein.com<br>jhalper@lowenstein.com<br>*Attorneys for Merck and Schering-Plough*<br><br>_____<br>Douglas S. Eakeley<br>Gavin J. Rooney |
| GRANT & EISENHOFER P.A.<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>(646) 722-8500<br>jeisenhofer@gelaw.com<br>dberger@gelaw.com<br>jkairis@gelaw.com<br>jalmeida@gelaw.com<br>*Co-Lead Counsel for the Class (08-2177)*<br><br>_____<br>Daniel L. Berger | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>dkramer@paulweiss.com<br>rtarnofsky@paulweiss.com<br>agordon@paulweiss.com<br><br>*Attorneys for Merck and Schering-Plough*<br><br>_____<br>Daniel J. Kramer |

| | |
|---|---|
| **CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br>jcecchi@carellabyrne.com<br>ltaylor@carellabyrne.com<br>*Liaison Counsel for Lead Plaintiffs (08-397, 08-2177)*<br><br>_____<br>James E. Cecchi | **TOMPKINS MCGUIRE, WACHENFELD & BARRY, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-3300<br>wmcguire@tompkinsmcguire.com<br>*Attorneys for Merck and Schering-Plough*<br><br><br>_____<br>William B. McGuire |
| **SEEGER WEISS LLP**<br>550 Broad Street<br>Newark, NJ 07102<br>(973) 639-9100<br>cseeger@seegerweiss.com<br>sweiss@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>*Co-Liaison Counsel for Lead Plaintiffs (08-397, 08-2177)*<br><br>_____<br>Christopher A. Seeger | **LOWENSTEIN SANDLER PC**<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>deakeley@lowenstein.com<br>grooney@lowenstein.com<br>jhalper@lowenstein.com<br>*Attorneys for Merck and Schering-Plough*<br><br><br>_____<br>Douglas S. Eakeley<br>Gavin J. Rooney |
| **GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>(646) 722-8500<br>jeisenhofer@gelaw.com<br>dberger@gelaw.com<br>jkairis@gelaw.com<br>jalmeida@gelaw.com<br>*Co-Lead Counsel for the Class (08-2177)*<br><br><br>_____<br>Daniel L. Berger | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>dkramer@paulweiss.com<br>rtarnofsky@paulweiss.com<br>agordon@paulweiss.com<br><br>*Attorneys for Merck and Schering-Plough*<br><br><br>_____<br>Daniel J. Kramer |

3

| | |
|---|---|
| jcecchi@carellabyrne.com<br>ltaylor@carellabyrne.com<br>*Liaison Counsel for Lead Plaintiffs* (08-397, 08-2177)<br><br>_____<br>James E. Cecchi | (973) 622-3300<br>wmcguire@tompkinsmcquire.com<br>*Attorneys for Merck and Schering-Plough*<br><br><br>_____<br>William B. McGuire |
| **SEEGER WEISS LLP**<br>550 Broad Street<br>Newark, NJ 07102<br>(973) 639-9100<br>cseeger@seegerweiss.com<br>sweiss@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>*Co-Liaison Counsel for Lead Plaintiffs*<br>*(08-397, 08-2177)*<br><br><br><br>_____<br>Christopher A. Seeger | **LOWENSTEIN SANDLER PC**<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>deakeley@lowenstein.com<br>grooney@lowenstein.com<br>jhalper@lowenstein.com<br>*Attorneys for Merck and Schering-Plough*<br><br>*[signature]*<br>_____<br>Douglas S. Eakeley<br>Gavin J. Rooney |
| **GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>(646) 722-8500<br>jeisenhofer@gelaw.com<br>dberger@gelaw.com<br>jkairis@gelaw.com<br>jalmeida@gelaw.com<br>*Co-Lead Counsel for the Class* (08-2177)<br><br><br>_____<br>Daniel L. Berger | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>dkramer@paulweiss.com<br>rtarnofsky@paulweiss.com<br>agordon@paulweiss.com<br><br>*Attorneys for Merck and Schering-Plough*<br><br><br>_____<br>Daniel J. Kramer |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019 | **SILLS CUMMIS & GROSS P.C.**<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102 |

| | |
|---|---|
| jcecchi@carellabyrne.com<br>ltaylor@carellabyrne.com<br>*Liaison Counsel for Lead Plaintiffs (08-397, 08-2177)*<br><br>_____<br>James E. Cecchi | (973) 622-3300<br>wmcguire@tompkinsmcguire.com<br>*Attorneys for Merck and Schering-Plough*<br><br>_____<br>William B. McGuire |
| **SEEGER WEISS LLP**<br>550 Broad Street<br>Newark, NJ 07102<br>(973) 639-9100<br>cseeger@seegerweiss.com<br>sweiss@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>*Co-Liaison Counsel for Lead Plaintiffs (08-397, 08-2177)*<br><br>_____<br>Christopher A. Seeger | **LOWENSTEIN SANDLER PC**<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>deakeley@lowenstein.com<br>grooney@lowenstein.com<br>jhalper@lowenstein.com<br>*Attorneys for Merck and Schering-Plough*<br><br>_____<br>Douglas S. Eakeley<br>Gavin J. Rooney |
| **GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>(646) 722-8500<br>jeisenhofer@gelaw.com<br>dberger@gelaw.com<br>jkairis@gelaw.com<br>jalmeida@gelaw.com<br>*Co-Lead Counsel for the Class (08-2177)*<br><br>_/s/ Daniel L. Berger_____<br>Daniel L. Berger | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>dkramer@paulweiss.com<br>rtarnofsky@paulweiss.com<br>agordon@paulweiss.com<br><br>*Attorneys for Merck and Schering-Plough*<br><br>_____<br>Daniel J. Kramer |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019 | **SILLS CUMMIS & GROSS P.C.**<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102 |

| | |
|---|---|
| **CECCHI, STEWART & OLSTEIN**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br>jcecchi@carellabyrne.com<br>ltaylor@carellabyrne.com<br>*Liaison Counsel for Lead Plaintiffs (08-397, 08-2177)*<br><br>_____<br>James E. Cecchi | **& BARRY, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-3300<br>wmcguire@tompkinsmcquire.com<br>*Attorneys for Merck and Schering-Plough*<br><br>_____<br>William B. McGuire |
| **SEEGER WEISS LLP**<br>550 Broad Street<br>Newark, NJ 07102<br>(973) 639-9100<br>cseeger@seegerweiss.com<br>sweiss@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>*Co-Liaison Counsel for Lead Plaintiffs (08-397, 08-2177)*<br><br>_____<br>Christopher A. Seeger | **LOWENSTEIN SANDLER PC**<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>deakeley@lowenstein.com<br>grooney@lowenstein.com<br>jhalper@lowenstein.com<br>*Attorneys for Merck and Schering-Plough*<br><br>_____<br>Douglas S. Eakeley<br>Gavin J. Rooney |
| **GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>(646) 722-8500<br>jeisenhofer@gelaw.com<br>dberger@gelaw.com<br>jkairis@gelaw.com<br>jalmeida@gelaw.com<br>*Co-Lead Counsel for the Class (08-2177)*<br><br>_____<br>Daniel L. Berger | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>dkramer@paulweiss.com<br>rtarnofsky@paulweiss.com<br>agordon@paulweiss.com<br><br>*Attorneys for Merck and Schering-Plough*<br><br>*/s/ Daniel J. Kramer*<br>_____<br>Daniel J. Kramer |

| | |
|---|---|
| (212) 554-1400<br>sgraziano@blbglaw.com<br>*Co-Lead Counsel for the Class (08-2177; 08-397))*<br><br>_____<br>Salvatore J. Graziano | (973) 643-7000<br>jgreenbaum@sillscummis.com<br>*Attorneys for the Underwriter Defendants (08-397)*<br><br><br>_____<br>Jeffrey J. Greenbaum |
| **LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>cmcdonald@labaton.com<br>*Co-Lead Counsel for the Class (08-397) and Counsel for Named Plaintiff Genesee County Employees' Retirement System (08-2177)*<br><br><br>_____<br>Christopher J. McDonald | **SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000<br>daniel.laguardia@shearman.com<br>*Attorneys For The Underwriter Defendants*<br><br><br><br>_____<br>Daniel H.R. Laguardia |
| **WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP**<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4600<br>rifkin@whafh.com<br>*Counsel for Plaintiffs (08-1432)*<br><br><br><br>_____<br>Mark Rifkin | **GAINEY & McKENNA**<br>295 Madison Avenue<br>New York, New York 10017<br>(212) 983-1300<br>tjmckenna@gaineyandmckenna.com<br>tjmlaw2001@yahoo.com<br>*Counsel for Plaintiffs (08-1432)*<br><br><br><br>_____<br>Thomas J. McKenna |
| **TRUJILLO, RODRIGUEZ & RICHARDS, LLC**<br>285 Kings Highway East<br>Haddonfield, New Jersey 08033<br>(856) 795-9002<br>lisa@trrlaw.com | |

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400<br>sgraziano@blbglaw.com<br>*Co-Lead Counsel for the Class (08-2177; 08-397))*<br><br>_____<br>Salvatore J. Graziano | **SILLS CUMMIS & GROSS P.C.**<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000<br>jgreenbaum@sillscummis.com<br>*Attorneys for the Underwriter Defendants (08-397)*<br><br>_____<br>Jeffrey J. Greenbaum |
| **LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>cmcdonald@labaton.com<br>*Co-Lead Counsel for the Class (08-397) and Counsel for Named Plaintiff Genesee County Employees' Retirement System (08-2177)*<br><br>_____<br>Christopher J. McDonald | **SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000<br>daniel.laguardia@shearman.com<br>*Attorneys For The Underwriter Defendants*<br><br>_____<br>Daniel H.R. Laguardia |
| **WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP**<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4600<br>rifkin@whafh.com<br>*Counsel for Plaintiffs (08-1432)*<br><br>_____<br>Mark Rifkin | **GAINEY & McKENNA**<br>295 Madison Avenue<br>New York, New York 10017<br>(212) 983-1300<br>tjmckenna@gaineyandmckenna.com<br>tjmlaw2001@yahoo.com<br>*Counsel for Plaintiffs (08-1432)*<br><br>_____<br>Thomas J. McKenna |
| **TRUJILLO, RODRIGUEZ & RICHARDS, LLC** | |

| | |
|---|---|
| (212) 554-1400<br>sgraziano@blbglaw.com<br>*Co-Lead Counsel for the Class (08-2177; 08-397))*<br><br>_____<br>Salvatore J. Graziano | (973) 643-7000<br>jgreenbaum@sillscummis.com<br>*Attorneys for the Underwriter Defendants (08-397)*<br><br>_____<br>Jeffrey J. Greenbaum |
| **LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700  Stauntas@labaton.com<br>~~cmcdonald@labaton.com~~<br>*Co-Lead Counsel for the Class (08-397) and Counsel for Named Plaintiff Genesee County Employees' Retirement System (08-2177)*<br><br>*/s/ Stephen W. Tountas*<br>~~Christopher J. McDonald~~<br>Stephen W. Tountas | **SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000<br>daniel.laguardia@shearman.com<br>*Attorneys For The Underwriter Defendants*<br><br>_____<br>Daniel H.R. Laguardia |
| **WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP**<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4600<br>rifkin@whafh.com<br>*Counsel for Plaintiffs (08-1432)*<br><br>_____<br>Mark Rifkin | **GAINEY & McKENNA**<br>295 Madison Avenue<br>New York, New York 10017<br>(212) 983-1300<br>tjmckenna@gaineyandmckenna.com<br>tjmlaw2001@yahoo.com<br>*Counsel for Plaintiffs (08-1432)*<br><br>_____<br>Thomas J. McKenna |
| **TRUJILLO, RODRIGUEZ & RICHARDS, LLC**<br>285 Kings Highway East<br>Haddonfield, New Jersey 08033<br>(856) 795-9002<br>lisa@trrlaw.com | |

4

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400<br>sgraziano@blbglaw.com<br>*Co-Lead Counsel for the Class (08-2177; 08-397))*<br><br>_____<br>Salvatore J. Graziano | **SILLS CUMMIS & GROSS P.C.**<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000<br>jgreenbaum@sillscummis.com<br>*Attorneys for the Underwriter Defendants (08-397)*<br><br>_____<br>Jeffrey J. Greenbaum |
| **LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>cmcdonald@labaton.com<br>*Co-Lead Counsel for the Class (08-397) and Counsel for Named Plaintiff Genesee County Employees' Retirement System (08-2177)*<br><br>_____<br>Christopher J. McDonald | **SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000<br>agoudiss@shearman.com<br>daniel.laguardia@shearman.com<br>*Attorneys For The Underwriter Defendants*<br><br>_____/s/_____<br>Alan S. Goudiss |
| **WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP**<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4600<br>rifkin@whafh.com<br>*Counsel for Plaintiffs (08-1432)*<br><br>_____<br>Mark Rifkin | **GAINEY & McKENNA**<br>295 Madison Avenue<br>New York, New York 10017<br>(212) 983-1300<br>tjmckenna@gaineyandmckenna.com<br>tjmlaw2001@yahoo.com<br>*Counsel for Plaintiffs (08-1432)*<br><br>_____<br>Thomas J. McKenna |
| | |

| | |
|---|---|
| (212) 554-1400<br>sgraziano@blbglaw.com<br>*Co-Lead Counsel for the Class (08-2177; 08-397))*<br><br>_____<br>Salvatore J. Graziano | (973) 643-7000<br>jgreenbaum@sillscummis.com<br>*Attorneys for the Underwriter Defendants (08-397)*<br><br>_____<br>Jeffrey J. Greenbaum |
| **LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>cmcdonald@labaton.com<br>*Co-Lead Counsel for the Class (08-397) and Counsel for Named Plaintiff Genesee County Employees' Retirement System (08-2177)*<br><br>_____<br>Christopher J. McDonald | **SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000<br>daniel.laguardia@shearman.com<br>*Attorneys For The Underwriter Defendants*<br><br>_____<br>Daniel H.R. Laguardia |
| **WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP**<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4600<br>rifkin@whafh.com<br>*Counsel for Plaintiffs (08-1432)*<br><br>*/s/ Mark Rifkin*<br>_____<br>Mark Rifkin | **GAINEY & McKENNA**<br>295 Madison Avenue<br>New York, New York 10017<br>(212) 983-1300<br>tjmckenna@gaineyandmckenna.com<br>tjmlaw2001@yahoo.com<br>*Counsel for Plaintiffs (08-1432)*<br><br>_____<br>Thomas J. McKenna |
| **TRUJILLO, RODRIGUEZ & RICHARDS, LLC**<br>285 Kings Highway East<br>Haddonfield, New Jersey 08033<br>(856) 795-9002<br>lisa@trrlaw.com | |

| | |
|---|---|
| (212) 554-1400<br>sgraziano@blbglaw.com<br>*Co-Lead Counsel for the Class (08-2177; 08-397))*<br><br>_____<br>Salvatore J. Graziano | (973) 643-7000<br>jgreenbaum@sillscummis.com<br>*Attorneys for the Underwriter Defendants (08-397)*<br><br>_____<br>Jeffrey J. Greenbaum |
| **LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>cmcdonald@labaton.com<br>*Co-Lead Counsel for the Class (08-397) and Counsel for Named Plaintiff Genesee County Employees' Retirement System (08-2177)*<br><br><br>_____<br>Christopher J. McDonald | **SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000<br>daniel.laguardia@shearman.com<br>*Attorneys For The Underwriter Defendants*<br><br><br>_____<br>Daniel H.R. Laguardia |
| **WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP**<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4600<br>rifkin@whafh.com<br>*Counsel for Plaintiffs (08-1432)*<br><br><br>_____<br>Mark Rifkin | **GAINEY & McKENNA**<br>295 Madison Avenue<br>New York, New York 10017<br>(212) 983-1300<br>tjmckenna@gaineyandmckenna.com<br>tjmlaw2001@yahoo.com<br>*Counsel for Plaintiffs (08-1432)*<br><br>*/s/ Thomas J. McKenna*<br>_____<br>Thomas J. McKenna |
| **TRUJILLO, RODRIGUEZ & RICHARDS, LLC**<br>285 Kings Highway East<br>Haddonfield, New Jersey 08033<br>(856) 795-9002<br>lisa@trrlaw.com | |

| | |
|---|---|
| *Counsel for Plaintiffs* (08-1974)<br><br>_____<br>Lisa J. Rodriguez | |
| SCOTT & SCOTT LLP – CT<br>108 Norwich Ave., PO Box 192<br>Colchester, CT 06415<br>(860) 537-4432<br>jscolnick@scott-scott.com<br>*Counsel for Plaintiffs* (08-1022, 09-5668)<br><br>_____<br>Judy Scolnick | |
| BECKWITH & WOLF, LLP<br>Renaissance Office Center<br>15 Engle Street, Suite 104<br>Englewood, New Jersey 07631<br>(201) 567-5222<br>ccbeckwith@gmail.com<br>*Counsel for Plaintiffs* (09-5668, 08-1022)<br><br>_____<br>Carl Case Beckwith | |
| IZARD NOBEL LLP<br>29 South Main St., Suite 215<br>West Hartford, CT 06107<br>(860) 493-6292<br>rizard@izardnobel.com<br>*Counsel for Plaintiffs* (08-1974) | |

| | |
|---|---|
| *Counsel for Plaintiffs* (08-1974)<br><br>_____<br>Lisa J. Rodriguez | |
| **SCOTT & SCOTT LLP – CT**<br>108 Norwich Ave., PO Box 192<br>Colchester, CT 06415<br>(860) 537-4432<br>jscolnick@scott-scott.com<br>*Counsel for Plaintiffs* (08-1022, 09-5668)<br><br>_____<br>Judy Scolnick | |
| **BECKWITH & WOLF, LLP**<br>Renaissance Office Center<br>15 Engle Street, Suite 104<br>Englewood, New Jersey 07631<br>(201) 567-5222<br>ccbeckwith@gmail.com<br>*Counsel for Plaintiffs* (09-5668, 08-1022)<br><br>_____<br>Carl Cass Beckwith | |
| **IZARD NOBEL LLP**<br>29 South Main St., Suite 215<br>West Hartford, CT 06107<br>(860) 493-6292<br>rizard@izardnobel.com<br>*Counsel for Plaintiffs* (08-1974) | |

| | |
|---|---|
| /s/ Robert A. Izard | |
| **HARWOOD FEFFER LLP**<br>488 Madison Avenue<br>New York, NY 10022<br>(212) 935-7400<br>rharwood@hfesq.com<br>tkorkhov@hfesq.com<br>*Counsel for Plaintiffs*<br><br>_____<br>Robert I. Harwood | |
| **BARROWAY TOPAZ KESSLER<br>MELTZER & CHECK LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706<br>jmeltzer@btkmc.com<br>plevan@btkmc.com<br>*Counsel for Plaintiffs* (08-1974)<br><br>_____<br>Peter H. LeVan, Jr. | |

SO ORDERED,
this ____ day of _____, 2011.


_____
Joseph A. Dickson,
United Stated Magistrate Judge

6

|  |  |
|---|---|
| _____<br>Robert A. Izard |  |
| **HARWOOD FEFFER LLP**<br>488 Madison Avenue<br>New York, NY 10022<br>(212) 935-7400<br>rharwood@hfesq.com<br>tkorkhov@hfesq.com<br>*Counsel for Plaintiffs*<br><br>*/s/ Robert I. Harwood*<br>_____<br>Robert I. Harwood |  |
| **BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706<br>jmeltzer@btkmc.com<br>plevan@btkmc.com<br>*Counsel for Plaintiffs* (08-1974)<br><br>_____<br>Peter H. LeVan, Jr. |  |

SO ORDERED,
this 6th day of May, 2011.

_____
Joseph A. Dickson,
United Stated Magistrate Judge

6

| | |
|---|---|
| _____<br>Robert A. Izard | |
| **HARWOOD FEFFER LLP**<br>488 Madison Avenue<br>New York, NY 10022<br>(212) 935-7400<br>rharwood@hfesq.com<br>tkorkhov@hfesq.com<br>*Counsel for Plaintiffs*<br><br>_____<br>Robert I. Harwood | |
| **BARROWAY TOPAZ KESSLER**<br>**MELTZER & CHECK LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706<br>jmeltzer@btkmc.com<br>plevan@btkmc.com<br>*Counsel for Plaintiffs* (08-1974)<br><br>*/s/ Peter H. LeVan, Jr.*<br>Peter H. LeVan, Jr. | |

**SO ORDERED,**
this 6th day of May, 2011.

*/s/ Joseph A. Dickson*
Joseph A. Dickson,
United Stated Magistrate Judge

6